Timothy REEVES, Plaintiff-Appellant,

v.

Leo E. GREEN, Jr., Individually and in his official capacity as Justice of the Circuit Court for Prince George's County, Defendant-Appellee.

No. 17-1276

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2017

Decided: June 26, 2017

Timothy Reeves, Appellant Pro Se.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Reeves appeals the district court's order · dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reeves v. Green*, No. 8:17-cv-00119-TDC (D. Md. Feb. 16, 2017). We deny Reeves' motion to amend the caption of his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*